# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

————————————————

KALY WALLECH,

Appellant,

v.

BRANDON M. WALLECH,

Appellee.

No. 2D2024-0260

————————————————

December 12, 2025

Appeal from the Circuit Court for Pinellas County; Frederick L. Pollack, Judge.

Maria T. Rodriguez, Tarpon Springs, for Appellant.

Rohom Khonsari of Khonsari Law Group, PLLC, Saint Petersburg, for Appellee.


PER CURIAM.

Affirmed.

MORRIS, ATKINSON, and LABRIT, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.